FIRESTONE TIRE & RUBBER CO. *v.* BOARD OF
SUPERVISORS OF LOS ANGELES
COUNTY ET AL.

No. 110.   Decided October 12, 1959.

*Oscar A. Trippet* and *Thomas H. Carver* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.

RYALS *v.* FLORIDA.

No. 132.   Decided October 12, 1959.

*Lloyd D. Martin* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.